396 P.3d 1154

**STATE of Hawaiʻi, Plaintiff-Appellee,**

v.

**Edwin KELLER, Defendant-Appellant.**

**NO. CAAP-16-0000615**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 28, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (WAIANAE DIVISION) (CASE NO. 1DCW-15-0004105)

SUMMARY DISPOSITION ORDER

Affirm.

396 P.3d 1154

**THE BANK OF NEW YORK MELLON fka The Bank of New York as Trustee for the Certificateholders of Cwabs, Inc., Asset Backed Certificates, Series 2005-AB1, Plaintiff-Appellee,**

v.

**Jeffrey T. PECK, Defendant-Appellant,**

and

**Mortgage Electronic Registration Systems, Inc., Solely as Nominee for Countrywide Home Loans, Inc.; John Does 1-50; Jane Does 1-50; DOE Partnerships 1-50; DOE Corporations 1-50; DOE Entities 1-50; and DOE Governmental Units 1-50, Defendants**

**NO. CAAP-14-0000900**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 28, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 13-1-0307)

SUMMARY DISPOSITION ORDER

Vacated and Remanded.

396 P.3d 1154

**STATE of Hawaiʻi, Plaintiff-Appellee,**

v.

**Frankie COOPER, aka Frankie L. Cooper, Defendant-Appellant.**

**NO. CAAP-15-0000646**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 28, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CASE NO. 3DTC-15-043002)

SUMMARY DISPOSITION ORDER

Reverse.